# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS
# EASTERN DIVISION

UNITED STATES FIRE INSURANCE
COMPANY, a Delaware Corporation,

    Plaintiff,

vs.

                                            C.A. No.: 1:20-CV-11847-FDS

PSP H2O FL USA, LLC,
a Delaware Limited-Liability Company,

    Defendant.

## USFIC'S MOTION TO DISMISS COUNT III AND TO STRIKE COUNTS I AND II OF PSP'S COUNTERCLAIM, AND TO STRIKE PSP'S DEMAND FOR JURY TRIAL

NOW COMES Plaintiff, UNITED STATES FIRE INSURANCE COMPANY, a Delaware corporation ("USFIC"), by and through its undersigned legal counsel, and hereby moves that this Honorable Court enter an order dismissing Count III and striking Counts I and II of Defendant, PSP H2O FL USA, LLC, a Delaware Limited-Liability Company's ("PSP") Counterclaim, and to further strike PSP's demand for jury trial.

USFIC relies upon the accompanying Memorandum of Law in support of its Motion.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), USFIC respectfully requests oral argument as to the issues raised in this Motion and the attached Memorandum of Law.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Counsel for USFIC hereby certifies that they have conferred with counsel of record for PSP in good a good faith effort to resolve or narrow the issues raised in this Motion, but were unable to do so.

Dated: February 11, 2021

Respectfully submitted,
Plaintiff,
**UNITED STATES FIRE INSURANCE COMPANY**,
By its attorneys,

*/s/ John T. Hugo*
John T. Hugo, BBO No. 567262
Matthew T. Giardina, BBO No. 686690
Joseph S. Bussiere, BBO No. 690868
MANNING GROSS + MASSENBURG, LLP
125 High Street, 6th Floor
Boston, MA  02110
T: (617) 670-8800
F: (617) 670-8801
jhugo@mgmlaw.com
mgiardina@mgmlaw.com
jbussiere@mgmlaw.com

*/s/ Raul J. Chacon, Jr.*
Raul J. Chacon, Jr., *pro hac vice*
Gustavo A. Martinez-Tristani, *pro hac vice*
MANNING GROSS + MASSENBURG, LLP
701 Brickell Avenue, Suite 2000
Miami, FL 33131
T: (305) 537-3410
F: (305) 537-3411
rchaon@mgmlaw.com
gmartinez@mgmlaw.com

## CERTIFICATE OF SERVICE

I, John T. Hugo, counsel for the Plaintiff, United States Fire Insurance Company, in the above-captioned action, hereby certify that on this day, February 11, 2021, I filed, in accordance with L.R. 5.2(b), with the Court through the CM/ECF system the foregoing document and counsel for the parties are registered users of the CM/ECF system.

*/s/ John T. Hugo*
John T. Hugo